PAUL M. WARNER, United States Attorney, (#3389)
BRENDA J. BEATON, Special Assistant United States Attorney (#6832)
Attorneys for the United States of America
348 East South Temple
Salt Lake City, Utah 84111
Telephone: (801) 524-4156

FILED
CLERK U.S. DISTRICT COURT
20 DEC 00 PM 12:40
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:00CR-0**0608**ST |
| Plaintiff, | I N D I C T M E N T |
| vs. | VIO. 21 U.S.C. §841(a)(1), and 18 U.S.C. §924(c) |
| ORVAL DORIUS, | Possession with Intent to Distribute Methamphetamine and Possession of a Firearm in Furtherance of a Drug Trafficking Crime. |
| Defendants. | |

The Grand Jury charges:

## COUNT 1

On or about September 20, 2000 in the Central Division of the District of Utah,

ORVAL DORIUS

the defendant herein, did knowingly and intentionally possess with intent to distribute five (5) grams or more of actual methamphetamine, a Schedule II controlled substance, within the meaning of 21 U.S.C. § 812; in violation of 21 U.S.C.§ 841(a)(1), and punishable pursuant to 21 U.S.C § 841(b)(1)(B).

## COUNT 2

On or about September 20, 2000, in the Central Division of the District of Utah,

ORVAL DORIUS

the defendant herein, did knowingly and intentionally possess a firearm, to wit:Llama 22 cal. semi-automatic handgun, in furtherance of a drug trafficking crime, as set forth in Count I, in violation of 18 U.S.C.§ 924(c), and punishable pursuant to 18 U.S.C.§ 924(c)(1)(A)(i).

A TRUE BILL:

*[signature]*
FOREPERSON OF THE GRAND JURY

PAUL M. WARNER
United States Attorney

*[signature]*
BRENDA J. BEATON
Special Assistant United States Attorney